**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**Austin Division**

|  |  |  |
|---|---|---|
| JONATHON OWEN SHROYER, | ) | |
| | ) | Case No. 1:23-cv-1208 |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Jonathon Owen Shroyer's Motion for Leave to Conduct

Third-Party Discovery Prior to a Rule 26(f) Conference ("Motion"), entered on October 13,

2023,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.


Dated: _____

                                                    _____
                                                    United States District Judge

1