UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin Division

|  |  |
|---|---|
| JONATHON OWEN SHROYER,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOHN DOE,<br><br>*Defendant*. | Case No. <u>1:23-cv-1208</u> |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jonathon Owen Shroyer, through undersigned counsel, hereby gives notice that the above action against Defendant is voluntarily dismissed, without prejudice.

Date: February 26, 2024

Respectfully submitted,

By: */s/ Lexis Anderson*

Lexis Anderson, Esq.
TX Bar No. 24127016
*Admitted Pro Hac Vice*
Robert E. Barnes, Esq.
CA Bar No. 235010
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
Email: lexisanderson@barneslawllp.com
Email: robertbarnes@barneslawllp.com

*Attorneys for Plaintiff Jonathon Owen Shroyer*

1

## **CERTIFICATE OF SERVICE**

      I, Lexis Anderson, certify that on February 26, 2024, I served the attached **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** by electronically filing the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                                             */s/ Lexis Anderson*
                                             Lexis Anderson